JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TISH et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-08471-PA-PD<br><br>ORDER DISMISSING ACTION AND CLOSING CASE |

　　　　On October 22, 2021, Plaintiff Manuel Antonio Gonzalez, a California state prisoner proceeding pro se, filed the Complaint alleging civil rights violations under 42 U.S.C. § 1983.  [Dkt. No. 1.]  Plaintiff did not pay the filing fee or file a Request to Proceed Without Prepayment of Filing Fees ("IFP request").

　　　　On October 26, 2021, the Clerk of the Court mailed the Notice of Filing of Complaint Without Prepayment of Filing Fees or Request to Proceed in Forma Pauperis to Plaintiff at the GEO Long Beach Reentry Center, which is the address listed on the Complaint.  [Dkt. No. 2.]

　　　　On November 22, 2021, the Clerk of the Court issued the Notice Re: Discrepancies with Lodging of Prisoner Complaint.  The Notice stated that

1  Plaintiff had not paid the filing fee or filed a completed IFP request and
2  warned Plaintiff that if he did not respond within 30 days of the letter date,
3  his case would be dismissed.  The Clerk of Court mailed the letter and a blank
4  IFP request to Plaintiff at the Long Beach address on the Complaint.
5  Plaintiff did not respond.
6         On January 19, 2022, the Court issued an Order stating that according
7  to the California Department of Corrections and Rehabilitation online inmate
8  locator system, Plaintiff is in custody at RJ Donovan Correctional Facility in
9  San Diego, California.  [Dkt. No. 5.]  A blank IFP request was attached to the
10 Order, which advised Plaintiff that failure to file an IFP request or pay the
11 filing fees would result in the dismissal of his case.  The Order was mailed to
12 Plaintiff at both the address on the Complaint and the RJ Donovan
13 Correctional Facility.  [*Id.*]  That same day, Plaintiff filed the "Court
14 Notification/Notification to Court" requesting an unspecified extension and
15 stating that he had been transferred.  His return address was RJ Donovan
16 Correctional Facility.  [Dkt. No. 6.]  Plaintiff concurrently filed a motion for a
17 temporary restraining order.  [Dkt. No. 7.]
18        On January 21, 2022, the Court issued an Order setting a deadline of
19 February 23, 2022, for Plaintiff to pay the filing fee or file an IFP request and
20 again advising him that failure to do so would result in dismissal.  [Dkt. No.
21 8.]
22        As of the date of this Order, Plaintiff has failed to pay the filing fee or
23 file an IFP request.  Accordingly, the Court hereby orders that the Complaint
24 be dismissed and the case closed.  The motion for a temporary restraining
25 order is denied for lack of jurisdiction.  *See Zepeda v. United States I.N.S.*, 753
26 . . . .
27 . . . .
28

F.2d 719, 727 (9th Cir. 1983) (holding that a court "may not attempt to determine the rights of persons not before the court").

IT IS SO ORDERED.

DATED: March 10, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

3